Matthew W. Claman, ASBA No. 8809164
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-264-3311
Facsimile: 907-276-2631
Email: clamanm@lanepowell.com

Attorneys for Defendant

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT KETCHIKAN

| | |
|---|---|
| ALCAN FOREST PRODUCTS LP, an Alaska Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>A-1 TIMBER CONSULTANTS, INC., a Washington Corporation,<br><br>Defendant. | Case No. 1KE-11-00142 CI<br><br>**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT** |

TO: Clerk of Court
The Superior Court for the State of Alaska, Third Judicial District

AND TO: H. Clay Keene, Esq.
Keene & Currall, P.C.
540 Water Street, Suite 301
Ketchikan, Alaska 99901-6378

Please take notice that pursuant to 28 U.S.C. § 1446(d), the above-captioned action has been removed to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, First Judicial District at Ketchikan, by defendant A-1 Timber Consultants, Inc.

DATED this 8th day of April, 2011.

LANE POWELL LLC
Attorneys for Defendant

By /s/ Matthew W. Claman
Matthew W. Claman, ASBA No. 8809164

I certify that on April 8, 2011, a copy of the foregoing was served by email and mail on:

H. Clay Keene, Esq.
Keene & Currall, P.C.
540 Water Street, Suite 301
Ketchikan, Alaska 99901-6378

/s/ Matthew W. Claman
124950.0004/4176746.1

EXHIBIT A
Page 1 of 1