

# Statement

**Date**
4/26/2010

P.O. Box 5158
Ketchikan, AK 99901
907-225-3500
907-225-2414 Accounting Fax
907-225-4643 Accounting Phone
http://www.flypacificairways.com

**Bill To**
Richard Ludwigsen
Evergreen Timber
111 Stedman St #100
Ketchikan AK 99901

ALCAN

| Amount Due | Amount Encl. |
|---|---|
| $1,470.00 | |

| Date | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 3/25/2010 | Balance Forward | | | 0.00 |
| 4/15/2010 | Invoice #56704 | 1,200.00 | | 1,200.00 |
| 4/17/2010 | Invoice #56764 | 270.00 | | 1,470.00 |

ERIC
TRAVEL

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 1,470.00 | 0.00 | 0.00 | 0.00 | $1,470.00 |

Exhibit 26 Page 1



# Passenger Invoice

P.O. Box 5158
Ketchikan, AK 99901
907-225-3500
907-225-2414 Accounting Fax
907-225-4643 Accounting Phone
http://www.flypacificairways.com

| Date | Invoice # |
|---|---|
| 4/28/2010 | 57031 |

### Bill To
Richard Ludwigsen
Evergreen Timber
111 Stedman St #100
Ketchikan AK 99901

*ALCA*

| Terms | Due Date | PO # |
|---|---|---|
| Due on receipt | 4/28/2010 | |

| Ticket # | Passenger Name(s) | Description | Qty. | Rate | Amt |
|---|---|---|---|---|---|
| 8197 | Eric Nichols, Dan Ward | Passenger Ketchikan to Long Island | 2 | 130.00 | 260.00 |

*DEDUCT $130. from A-1 TIMBER payment*

POSTED

| | Total | $260.00 |
|---|---|---|

Exhibit 26 Page 2



# Passenger Invoice

| Date | Invoice # |
|---|---|
| 4/30/2010 | 57094 |

P.O. Box 5158
Ketchikan, AK 99901
907-225-3500
907-225-2414 Accounting Fax
907-225-4643 Accounting Phone
http://www.flypacificairways.com

**Bill To**
Richard Ludwigsen
Evergreen Timber
111 Stedman St #100
Ketchikan AK 99901

| Terms | Due Date | PO # |
|---|---|---|
| Due on receipt | 4/30/2010 | |

| Ticket # | Passenger Name(s) | Description | Qty. | Rate | Amt |
|---|---|---|---|---|---|
| 8232 | Eric Nichols | Passenger Long Island to Ketchikan | 1 | 260.00 | 260.00 |

| | Total | $260.00 |
|---|---|---|

Exhibit 26 Page 3

Family Air Tours LLC

P.O. Box 23514
Ketchikan, AK 99901
(907) 247-1305  (907) 617-0844
Fed. ID: 92-0175957

# Invoice

| Date | Invoice # |
|---|---|
| 5/17/2012 | 4889 |

**Bill To**

Alcan Forest Products
PO Box 23105
Ketchikan, AK 99901

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Air Charter -Eric Nichols, Rick Lystad...LIJ-WFB | 1.2 | 495.00 | 594.00 |
| Sales Tax | | 0.00% | 0.00 |

*LONG IS/* (handwritten)

| | Total | $594.00 |
|---|---|---|

Exhibit 26 Page 4



# Pacific Airways

## Passenger Invoice

| Date | Invoice # |
|---|---|
| 6/10/2010 | 58011 |

P.O. Box 5158
Ketchikan, AK 99901
907-225-3500
907-225-2414 Accounting Fax
907-225-4643 Accounting Phone
http://www.flypacificairways.com

**Bill To**
Richard Ludwigsen
Evergreen Timber   *ALCAN*
111 Stedman St #100
Ketchikan AK 99901

| Terms | Due Date | PO # |
|---|---|---|
| Due on receipt | 6/10/2010 | |

| Ticket # | Passenger Name(s) | Description | Qty. | Rate | Amt |
|---|---|---|---|---|---|
| 9886 | Brian Brown, Eric Nichols, Tom Wolford | Passenger KTN to LIJ | 3 | 135.00 | 405.00 |
| 9889 | Sally Doig | Passenger LIJ to KTN | 1 | (135.00) | 135.00 |

*Long Island*

*Deduct $135 from Doig's June 1 payment*

| | Total | $540.00 |
|---|---|---|

Exhibit 26 Page 5

Family Air Tours LLC

P.O. Box 23514
Ketchikan, AK 99901
(907) 247-1305   (907) 617-0844
Fed. ID: 92-0175957

# Invoice

| Date | Invoice # |
|---|---|
| 6/13/2010 | 4358 |

**Bill To**

Alcan Forest Products
111 Stedman Street
Suite 100
Ketchikan, AK 99901

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Air Charter - Commercial/Government Freight WFB-LIJ rian Brown, Eric Nichols, Tom Wulford   LIJ-WFB | 1.2 | 475.00 | 570.00 |
| Sales Tax | | 0.00% | 0.00 |

POSTED

LONG IS.

**Total**  $570.00

Exhibit 26 Page 6