Matthew W. Claman, ABA No. 8809164
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-264-3311
Facsimile: 907-276-2631
Email: clamanm@lanepowell.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALCAN FOREST PRODUCTS LP, an Alaska Limited Partnership,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>A-1 TIMBER CONSULTANTS, INC., a Washington Corporation,<br><br>　　　　　　　　　　Defendant. | Case No. 5:11-cv-00001-SLG<br><br>**STIPULATION FOR**<br>**DISMISSAL WITH PREJUDICE** |

The above-named parties, by and through their respective counsel, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, stipulate that this action may be dismissed with prejudice, with each of the parties to bear their own costs and attorney's fees. In accordance with Rule 41(a)(1)(ii), such dismissal shall be effective upon filing of this stipulation and without further order of the Court.

　　　　　　　　　　　　　　　　　　KEENE & CURRALL
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated: January 6, 2014　　　　　　By /s/ H. Clay Keene (w/consent)
　　　　　　　　　　　　　　　　　　　　H. Clay Keene, ABA No. 7610110


　　　　　　　　　　　　　　　　　　LANE POWELL LLC
　　　　　　　　　　　　　　　　　　Attorneys for Defendant

Dated: January 6, 2014　　　　　　By /s/ Matthew W. Claman
　　　　　　　　　　　　　　　　　　　　Matthew W. Claman, ABA No. 8809164

I certify that on January 6, 2014, a copy
of the foregoing was served electronically on:

H. Clay Keene, clay.keene@keenecurrall.com

　/s/ Matthew W. Claman

124950.0004/5908460.1