IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALCAN FOREST PRODUCTS, LP, an Alaska Limited Partnership,<br><br>       Plaintiff,<br><br>v.<br><br>A-1 TIMBER CONSULTANTS, INC., a Washington Corporation,<br><br>       Defendant. | Case No. 5:11-cv-00001-SLG |

## ORDER

Upon consideration of the parties' Stipulation for Dismissal with Prejudice (Docket 200) the Court hereby APPROVES the stipulation. This matter is DISMISSED with prejudice, each party to bear its own costs and attorneys' fees. IT IS FURTHER ORDERED that the Final Pretrial Conference scheduled for January 16, 2014 and jury trial scheduled to commence January 27, 2014 are hereby VACATED.

DATED: this 7th day of January, 2014.

                */s/ Sharon L. Gleason*
                United States District Judge